JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Erwin,<br><br>    Plaintiff,<br><br>    vs.<br><br>Noe Aguirre,<br><br>    Defendant.<br>_____ | Case No.: CV 12-5401 DSF (JEMx)<br><br><br><br>JUDGMENT |

This action having been tried before a jury and the jury having rendered its verdict in favor of Defendant,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 5/8/14

_____
Dale S. Fischer
United States District Judge